# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00408-RTG

(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MICHELLE D. LEE,

    Plaintiff,

v.

ADAMS COUNTY,
DENVER COUNTY,
ARAPAHOE COUNTY,
JUDGE PRISCILLA J. LOEW,
KIMBERLY H. TYSON,
ALISON L. BERRY,
APRIL WINECKI,
ABBEY DREHER,
HEALTH L. DEERE,
AMANDA K. ASHLEY,
BRADLEY ARANT BOULT CUMMINGS,
ROBERT GREGORY BUSCH,
TOM. H. CONNOLLY,
MICHAEL WESTBERG,
PAUL D. LOPEZ,
GARVIN GREGORY,
ALEXANDER L. VILLIGARAN,
THE GALLERY AT REUNION HOS,
SECOND CREEK HOA / SECOND CREEK FARM METROPOLITAN DISTRICT NO. 2,
MASTER HOMEOWNER ASSOCIATION (HOA),
KALAMATA CAPITAL REPRESENTATIVES,
DIVISION OF FAMILY AND MEDICAL LEAVE INSURANCE, DENVER COUNTY, and
SOUTH ADAMS WATER AND SANITATION,

    Defendants.

1

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff MichelleD. Lee initiated this *pro se* action on February 2, 2026, by submitting to the Court a Complaint (ECF No. 1). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient (or no submitted) as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted: Plaintiff must submit an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).
(2)  __   is missing affidavit
(3)  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing authorization to calculate and disburse filing fee payments
(7)  __   is missing an original signature by the prisoner
(8)  __   is not on proper form (must use the court's current form)
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: An Application to Proceed Without Prepaying Fees is not necessary if filing and administrative fees totaling $405.00 are paid in advance.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form:
(13) __   is missing an original signature
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

2

**Plaintiff may contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.** Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved **Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)**, along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the form in curing the filing deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 2, 2026.

BY THE COURT:

*Richard T. Gurley*

_____

Richard T. Gurley
United States Magistrate Judge