Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 FEB -5 PM 2:27

# UNITED STATES DISTRICT COURT
for the

__Michealla P. Lee__
*Plaintiff/Petitioner*

v.

_____
*Defendant/Respondent*

Civil Action No. 26-CV-408 RGT

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Michealla P. Lee*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2-5-2026

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ Pending | $ | $ | $ |
| Public-assistance (such as welfare) Medicaid | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Michelle's Eatery | | 7/22 Owner | $ 0 |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| non | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| PNC | Checking | $ 1-2 Thousand estimate | $ 0 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | Pending Bankruptcy $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | Jeep Gladiator $ |
| Make and year: | 2001 |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | All of My Assets Pending Bankruptcy and |
| Other assets *(Value)* | Federal Cases Pending $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>  Are real estate taxes included?  ☐ Yes  ☐ No<br>  Is property insurance included?  ☐ Yes  ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 1500.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ 300.00 mo | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses  Medicaid | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ 200.00 mo | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|   Homeowner's or renter's: | $ 0 | $ |
|   Life: | $ 0 | $ |
|   Health: | $ 0 | $ |
|   Motor vehicle: | $ 0 | $ |
|   Other: | $ 0 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|   Motor vehicle: | $ 0 | $ |
|   Credit card *(name)*: | $ 0 | $ |
|   Department store *(name)*: | $ 0 | $ |
|   Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 1,000.08  0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes  ☐ No   Not sure summons

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    See Attached

12. Identify the city and state of your legal residence.

    Your daytime phone number: 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
    Your age: 55   Your years of schooling: 7

leedreamgoddes@gmail.com
2/5/2026
Clerk of Court
United district courts
16480 Fair way drive
Commerce City Co. 80022
[City, State, Zip Code]
Re: Case No. 25-cv-408 RGT
Subject: Motion / Application to Waive Filing Fee (In Forma Pauperis)
Dear Clerk of Court:
I am writing to respectfully request that the Court waive the filing fee in my current case (or for my petition), under the authority of 28 U.S.C. § 1915 (or the applicable rule in bankruptcy -- Fed. R. Bankr. P. 1006 / Official Form 103B if in a Chapter 7 bankruptcy). I cannot afford to pay this fee, and meet the criteria for proceeding in forma pauperis. Below is my explanation of my financial situation and inability to pay:

1. Financial Hardship and Bankruptcy
    I am currently in bankruptcy under Chapter 7 and the bankruptcy court is handling much of my financial obligations.
    I have no regular income. I rely on limited support from friends and family, and only do consulting work when my health allows.
2. Health Issues Impacting Work
    I suffer from ongoing health problems that prevent me from working consistently. My doctor has advised me to take three months off work due to medical issues and stress that severely impact my ability to function.
3. Household and Expenses
    I have essential expenses (housing, food, utilities, medical care) that exceed or fully consume any sporadic income or support I receive.
    I do not own substantial assets that could be used to pay the filing fee.

For these reasons, I believe I meet the legal standard showing that paying the fee would "cause undue hardship," meaning I cannot pay the fee *and* still afford life's necessities. Copies of my bankruptcy documents, doctor's note, and any income statements or bank statements are attached (if available) to support this request.
I ask the Court to grant the motion to proceed without prepaying filing fees or to waive the filing fee entirely. Thank you for your consideration.
Sincerely,
[Your Signature] *[signature]*
[Your Printed Name] *2-5-26*