Court: United States District Court County: Denver

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
26 MAR -9 PM 12: 18

Notice of appearance

Case No: 26-CV-408 RTG

In the interest of the Public for the matter of
In Re :Michelle D. lee
Real party in interest (jus personarum)
Directly and/or indirectly associated with the property of a minor/infant

MICHELLE D LEE
Plaintiff Infant /Minor
Expressing the Trust
Vs Adams County et Al

Defentant
Special deposit

BILL OF COMPLAINT IN EQUITY
PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION

## Introduction and background with memorandum of law

Comes now Michelle D. Lee a natural living being of majority status conducting the style condition of the principal and Beneficial Equitable Title Holder and not an infant /Minor Hereinafter ".Compliant" as such I am exercising as well as retaining and reserving all rights , natural , private commercial , incorporeal or otherwise and does tender this and makes the claim that the tender was special deposited on the accounts receivables books of the court, via the respondent's commercial filings and /or other deposits into the court registry who by their own admission of the complaint showing or causing to show the the existence of a qualified endorsement.

The respondent has come into this matter related to a trust in the capacity that is unsustainable and thus is perceived as standing in its unadulterated non,- immune capacity and is liable for all damages incurred , assessments as well as penalties.

On its face it appears that the Respondent 's intent and purpose was to take up the election to treat the within reference complaint as a draft, rather than a promise to pay. A complaint is a promise to pay and a draft is in order to pay, and the person holding the instrument can treat it as either. The court converted the complaint to a draft (a form of currency conversion ) . There might be cause for one to rise and/or complain that they lack understanding , that such information is foreign to them and it is at that time that such an individual documents their lack of knowledge for overseeing such matter that specifically deals with an express trust and the

estate of an infant , which invokes exclusive jurisdiction and not concurrent jurisdiction. This court acts as an administrative venue as a result of the administrative acts and the presidential proclamation of 2038,2039,and 2040 for which the president of the united states have excised " Emergency Powers jurisdiction" continuously, from 1933 to present, according to the Senate report on national emergencies associated with the National Emergencies ACT. To ensure this information is not ambiguous nor is it foreign to the Government for the Senate of the United States Congress has verified the aforementioned facts .

Equities Implied Expression of a Trust

Minor means and individual under the age of 18 yrs . The term minor is also used to refer to an individual who has attained the age of 18 but has not taken control of the securities contained in his or her minor account .

Minor account means an account that a custodian controls on behalf of a minor this is referred to as a resulting trust the definition of a resulting trust is: A resulting trust (from the Latin 'resalire" meaning to jump back ) is the creation of an implied trust by operations of Law where property is transferred to someone who pays nothing for it and then is implied to have held the property for benefit of another

## Jurisdiction and venue

Jurisdiction is proper " other Jurisdiction " wherein the Constitution whereby Judicial Power , Section authorizes such out of necessity . The Judicial power shall be vested in one Supreme court (who may extend such powers in a court of Appeals in District Courts in County Courts , in Metropolitan Courts ) and in such other courts and may be established by positive Law i.e equity as equity is the law as equity is everything and the law with our equity must still render equity. Therefore this court has the power to decree in equity upon this Express Trust matter in - camera /chambers and may enforce the Bill of Rights put forth in this bill as expressed in the constitution.

Now in proof that the trust exist and is for all necessities and purposes a RESULTING TRUST in that upon attaining majority the securities , assets , properties of the infant estate becomes the rightful property of the beneficiary who has attained the age of majority , Seeing that this is a Resulting Trust by operation of law and as a result of the principles of equity that it involves a minor and or / the properties of an infant the proper jurisdiction is that of the equity who has and maintains a right to such inherent jurisdiction .

Rule of Law

Whereby this cause, being a complaint in exclusive equity jurisdiction , (as it directly involves the property / estate / securities of an infant / minor . cites the rule of law as follows upon

Bill of rights

No person's { to include infants /minors ) property shall be taken , damaged or destroyed for or applied to public use with our adequate compensation being made , unless by the consent of such person and when taken except for the use of the State , such compensation shall be first made , or secured by deposit of money .

Jurisdiction of the courts over The ESTates of infants
Jurisdiction of the estate of an infant is inherent in equity , but it may also be vested by administrative constitutional and administrative statutory provisions in particular courts , the administrative institution of proceedings affect an infant's property makes the infant a ward of the courts ( held in trust , for such seizure of rights and or property could only be instituted as a result of a prior relationship in equity) which has broad powers and the duty to protect his or her interest .

Courts of equity have General and inherent jurisdiction over property of infants. Primary Jurisdiction over the estate of infants may under administrative Constitutional or administrative statutory provisions , be vested in the probate , County , district or other specific court.

The Jurisdiction can be exercised when the court has acquired jurisdiction as to the particular infant / Minor or subject matter ( Jurisdiction over the estates /trust are exclusive in nature over which courts of equity have exclusive jurisdiction and such matters must be heard at equity ). The commencement of a proceeding affecting the infant's property vest the court with jurisdiction over his or her estate pursuant to which the court acts in Loco parentis as a guardian and the infant becomes its ward . It is the duty of the court to safeguard the infant's property.

After the jurisdiction of the court has attached , either through an appearance which equates to submitting to the courts jurisdiction and /or a plea being entered by the infant /minor the court in its administrative capacity has broad , comprehensive and plenary powers over the estate of the infant/minor , however , courts of equity have exclusive jurisdiction over the property if the infant / minor .The court may adjudicate the rights of equities of the infant and properties, yet only in equity , and it may cause to be done whatever may be necessary to preserve and protect the infants estate which includes the property / assets of said estate .
However, the exercising of such powers must be tempered with reasonable limits and one major limitation is that courts of equity have exclusive jurisdiction over the property / assets of an infant . **Therefore the court cannot act in violation of administrative constitutional or statutory limitations on its powers or permit the impounding of the infants matter and thus attempt to deprive the infant /minor of the right to the absolute enjoyment of the funds of one who has come forth now and is appearing at the age of majority in correction of any presumptions by previous actions or appearances in this manner.**

An infant is not competent to waive the administrative statutory requirements enacted for his or her benefit and protections , with respect to the manner in which jurisdiction of the court may be exercised , unless and until attain the age of majority then they can either petition the court for the removal of minor's disabilities and or express the trust .

Jurisdiction of Courts over estates of infants/Minors - Judicial allowances for support, maintenance , and education .
**Respondents could not have had a valid claim against infant /minor with our personal knowledge and a copy of photo , Fingerprints , a forced Plea , Coercion, Threats , False**

**imprisonment a false commercial claim /is are not considered lawful evidence and knowledge because such copies are held as forgery evidence of involuntary servitude** .

Furthermore courts in conducting Commercial Business of the courts must give/ disclose to or upon a party demand bookkeeping entries (both receivables and payables with an affidavit and demand is hereby made for immediate production or the all evidence is hearsay evidence into the court . The infant /Minor having attained the age of majority hereby challenges the bookkeeping and demands the full accounting on the accounts receivables and accounts payable and all dividends profits , rents , escrows , etc , resulting from the deposit of TRUST /Estate of the ward / Beneficiary on to he courts accounts receivable and other general in tangibles.

Motion for Relief

Complaint is entitled to the relief of damages in equity , and equity must cause equity to be done through the Havens Falls ; Complaint is entitled to relief in the form of damages for the following reasons.

Respondent/Trustee has taken the private property of the complaint under extreme duress and threat of violence against Complaint property Liberties without just compensation . without the expressed ans or written consent of Complaint. Respondent/Trustee had a duty to respond to the to all complaints and questions because of legal special relationship of the parties and by not responding the Respondent is in breach of Trust , because the infant estate and duty of care associated there with /thereto is an express trust:

Verified Memorandum of principles of Law and points of Authorities on Express Special Relationship Trust

The court and its officers are legal title holders of not only the express trust but also the constructive trust.

As now has been placed on the record, I share the same or similar name as the named defendant in their case ##26CR108 RTG. However for clarification , I am not now in the capacity as the named defendant, I am the beneficiary and equitable title holder . None of this information is foreign to the court , this matter must proceed in equity , failure and or refusal to proceed at equity under exclusive jurisdiction will constitute in contempt of justice.

Elements of a Trust

1. Settlor/Ganrantor/Trustor- intended to create a trust , which was perceived by the reasonable observer as in the case of the New Deal and the several Federal Acts associated State Regulations.
    a. The Emergency Banking Relief Act of March 9, 1993
    b. The SocialSecurity Act of 1934, the Trust Indenture ACT
    c. The Social Security Trust
    d. The Treasury Trust Fund

    e.  The Public Trust and therefore the administration.

These are each specific ad Special Relationship agreements as they are specifically designed and voluntarily submitted to as required by the 13th amendment Authorizing such.

2. Rights Must Be Identified
    a.  As evidenced by Due process of Statutory Provisions and the 14th amendment Section 1&4

3. Identification of Beneficiary - Whom the property is held on behalf of (held in trust)

4.Shares/Assets/Property must be identified

5.The trust must be workable

6.Must Have an ending i.e cant last forever

All Elements of the trust are Present - 31CFR 363.6
Minor means an individual under the age of 18. The term minor is also used to refer to an individual who has attained the age of 18 years and not yet taken control of the securities contained in his or her minor account.

Minor account means an account (that a custodian controls on behalf of a minor that is linked to the custodians 'primary accounts (CFR 363.10 and 363.27 for more information about minor accounts )
The settlor is the Federal Government directly and through the state and local governments (this indication is specified by the use of the Lower Cased state and the government and other proper nouns ). Through various acts of congress and through the age of Majority Acts '.

The identity of the Equitable Beneficial Title Holder is the Minor both un - attained and attained , until they control the Securities / Shares in the trusted account.

The Rights are identified by the right to attain the Age of Majority to gain control of Securities Held in one's Minor Account and to be free from Minors Disabilities.

The Trust is workable in that Custodian /Fiduciary / Trust / Ministerial Clerk must hold the minor /infant account in trust /for the benefit / of a minor / that is linked to the custodian's primary account ( in Most instances the Federal and State Treasuries }.

The trust may not last forever as it and the duties of all parties end upon the attaining the age of Majority and documenting such in a definitive manner by attaching an affidavit attesting such to his or her BIRTH CERTIFICATE - NOTE THE PRINCIPLE:

The register of titles is authorized to receive for registration of memorials upon amy outstanding certificate of and official birth certificate pertaining to a registered owner named and said certificate of title showing the date of birth of said register owner providing there is attached to said certificate an
An affidavit of an affiant who states that he/she is familiar with the fact recited , stating the party named and said birth-certificate

With the supporting affidavit the complainant states that this court in good conscience and good reason shall aid the complainant in his/her prayer or show cause via fact and conclusions of equitable law why he/she is not entitled to just compensation and other equitable relief to which he /she is entitled as equitable beneficial title holder.
Complaint prayers to this court for damages in the amount as specified in the contract and the value of the full estate pulse interest to the court is under obligation in the exercise of its inherent equitable powers to do equity.

Complainant additionally prays for an injunction to issue against Movant and the attorneys for an attempted taking of trust property , private information and solicitation against the complainants were he is not entitled to act against the trust with just or any other cause , for such construed as intermeddling with the estate of the infant / minor for which they are strict and severe penalties.

Sources cited 336,Damages -The power to avert damages in proper cas as a necessary incident to other purely equitable relief and tn the same decree is fully admitted and even to award damages alone in very special cases; but the jurisdiction has been exercised with the utmost caution and reserve,
Case: equity amount

Judicial Interpretation of Jurisdiction

Equity Jurisprudence
A court of equity grants the relief to the compensatory damages in connection with some other specific relief and under very peculiar circumstances it decrees the payment of damages alone .Several kinds of equitable suits are wholly pecuniary in their relief as those for contribution and exoneration .

Judicial Interpretation of Jurisdiction
Pomeroy Equity Jurisprudence
Pomeroy's substance and scope about what "property" meant in classic equity doctrine. Masimus of equity and adjudication states that a court of equity exists to protect and enforce rights in respect of property — the object of suits in chancery. The term "property," as used in this connection, includes everything that is the subject of exclusive individual ownership. More specifically, it embraces not only land, houses, goods, chattels, rights, and credits, but also a man's person, his wife and minor children; his rights to work, to sell and acquire property, and to engage in any lawful business; his and their reputations, health, and capacity to labor; and his and their rights to enjoy the senses (sight, smell, hearing, taste), the rights of speech and locomotion, and other personal and proprietary interests recognized under the law.
As men live by their labor and by their property, no one is presumed to part with either without receiving or expecting a fair equivalent in value. Therefore, whenever one

person controls or uses another's labor or property, they should pay for it or account for it unless they can prove it was a gift. Likewise, any injury one person does to another's property or capacity to labor should be made good.

I declare under the laws of the United States of America that foregoing is true and correct. Executed on this 9 day of March 2026

By Michell Akoe

As: Complainant and equitable beneficial title holder

Exhibit A
Verified  Memorandum of law and Points of Authorities on Trust
The creation of a Trust
Verified Memorandum of Law  and Points of Authorities on Trust
The Creation of a Trust
Cases consistent with sections/
ROA/Docket entries in this case and all documents related to stated herein
Re: Creation of Trusts — Elements, Authority, and Application
Introduction
This memorandum summarizes the general principles governing the creation of express trusts and equitable remedies when one person controls another's labor or property without compensation. It is drafted for use across multiple cases and jurisdictions; statutory citations, case law, and procedural formalities should be inserted in the jurisdiction-specific sections below.

2. Issues Presented
3. What are the essential elements required to create an express trust?
4. How is settlor intent proven and how strictly is it construed?
5. What types of property can be subject to a trust?
6. What formalities and writing requirements apply?
7. What defenses may invalidate a purported trust?
8. What equitable remedies apply when one party controls another's property or labor without compensation?
9. Short Answers (General Rules)
10. Essential elements: (a) clear intent to create a trust; (b) identifiable trust property (res); (c) ascertainable beneficiaries (or charitable purpose); and (d) a trustee with enforceable duties.
11. Intent is shown by the instrument, words, conduct, and circumstances; courts require clear evidence when the transfer resembles a gift. Precatory language alone may be insufficient.
12. Trust property includes real and personal property, choses in action, money, securities, and many intangible rights; courts limit trusts over future earnings or personal services for public policy reasons.
13. Formalities depend on the asset: transfers of real property and testamentary trusts require written instruments; certain personal property trusts may be recognized orally if delivery and intent are established. Consult the local Statute of Frauds and trust code.
14. Defenses include lack of capacity, undue influence, fraud, mistake, illegality, and public policy.
15. Remedies include constructive trusts, equitable liens, surcharge/accounting, restitution, and injunctions.
16. Statement of Law and Authorities (General Sources)

Restatement (Second) of Trusts §§ 2–7, 32–33 (general principles on res, beneficiaries, trustees, and intent).

Pomeroy, A Treatise on Equity Jurisprudence § [insert], (4th ed. 1919) (historical scope of "property" in chancery).

[Insert jurisdictional statutes: e.g., Uniform Trust Code § ___ (if adopted), Statute of Frauds citation].

Representative case law: [Insert leading state/federal cases here — e.g., cases addressing intent, constructive trusts, and accounting].

5. Elements of an Express Trust — Expanded

Intent: The settlor must manifest a present intention to create a fiduciary relationship. Courts look at the whole instrument and circumstances. If the transaction looks like a gift, the court requires clearer proof of trust intent.

Res (trust property): The trust must have property that is certain and identifiable at the time the trust takes effect or is capable of being acquired.

Beneficiaries: Must be definite or be a charitable purpose. Class gifts require clear ascertainability standards.

Trustee: A trustee must be designated or ascertainable and capable of performing the trust duties; otherwise the court may appoint a trustee.

6. Types of Property & Limits

Acceptable: land, personal property, bank accounts, securities, patents, copyrights, and other assignable choses-in-action.

Limited or problematic: future earnings, purely personal services, and rights tied to individual capacity — courts may decline to enforce trusts that unreasonably restrain personal freedom or violate public policy.

Equitable remedies may nevertheless reach misappropriated proceeds or benefits derived from another's labor/property (constructive trust, equitable lien).

7. Formalities & Proof

Writing: Where required by statute (e.g., transfers of land), a written instrument with proper execution is necessary. Consider the jurisdiction's adoption of the Uniform Trust Code or trust statutes.

Delivery & acceptance: For gratuitous transfers of chattels or intangible rights, courts require evidence of delivery and intent to transfer.

Burden of proof: Typically clear and convincing evidence when a claimed trust supplants a presumption of gift or ownership.

8. Defenses & Voidable Transactions

Undue influence, lack of capacity, fraud, mistake, duress, or illegality will invalidate or voidable a trust.

Statute of limitations and laches may bar equitable relief.

9. Remedies & Relief

Constructive trust: Imposed to prevent unjust enrichment when property or its proceeds were acquired by wrongful means.
Equitable lien: To secure restitution where appropriate.
Accounting/surcharge: Trustees or fiduciaries may be required to account and reimburse.
Rescission/reformation: Where mistake or fraud affected the transaction.
Injunctions: To prevent ongoing breaches or dissipation of trust assets.

10. Model Verified Statement (Editable) I, [Name], declare under penalty of perjury under the laws of [State/Court] that the facts set forth in this memorandum are true and correct to the best of my knowledge and belief.

Executed on [date] at [city, state].
Signature: Michelle Lee Printed Name: Michelle D. Lee
3-9-26

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

MICHELLE DEON LEE
16480 FAIRWAY DRIVE
COMMERCE CITY CO 80022-5202

## YOUR SOCIAL SECURITY CARD

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.

SOCIAL SECURITY
THIS NUMBER HAS BEEN ESTABLISHED FOR
DEON
SIGNATURE
08/03/202

CERTIFICATION OF VITAL RECORD

# City of Houston, Texas

STATE OF TEXAS

CERTIFICATE OF BIRTH

BIRTH NO.

TEXAS DEPARTMENT OF HEALTH — BUREAU OF VITAL STATISTICS

1. PLACE OF BIRTH
a. COUNTY: Harris
b. CITY OR TOWN [If outside city limits, give precinct no.]: Houston
c. NAME OF HOSPITAL OR INSTITUTION [If not in hospital, give street address]: Jefferson Davis Hospital
d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES [X] NO [ ]

2. USUAL RESIDENCE OF MOTHER [Where does mother live?]
a. STATE: Texas
b. COUNTY: Harris
c. CITY OR TOWN [If outside city limits, give precinct no.]: Houston
d. STREET ADDRESS [If rural, give location]: 719 East 5 1/2
e. IS RESIDENCE INSIDE CITY LIMITS? YES [X] NO [ ]
f. IS RESIDENCE ON A FARM? YES [ ] NO [X]

CHILD

3. NAME [Type or Print] (a) First: Michelle (b) Middle: Dean (c) Last: Lee
4. DATE OF BIRTH: 11-30-70
5. SEX: Female
6a. THIS BIRTH: SINGLE [X] TWIN [ ] TRIPLET [ ]
6b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st [ ] 2nd [ ] 3rd [ ]

FATHER

7. NAME (a) First (b) Middle (c) Last
8. COLOR OR RACE
9. AGE [At time of this birth] YEARS
10. BIRTHPLACE [State or foreign country]
11a. USUAL OCCUPATION
11b. KIND OF BUSINESS OR INDUSTRY

MOTHER

12. MAIDEN NAME (a) First: Ida (b) Middle: Marie (c) Last: Lee
13. COLOR OR RACE: Negro
14. AGE [At time of this birth]: 19 YEARS
15. BIRTHPLACE [State or foreign country]: Texas
16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER [Do NOT include this child]
a. How many OTHER children are now living? 0
b. How many OTHER children were born alive but are now dead? 0
c. How many children were born dead [fetal deaths after 20 weeks pregnancy]? 0

17. INFORMANT: Ida Marie Lee [signature]

18. I hereby certify that this child was born alive on the date stated above at 9:42 A.M.
19a. ATTENDANT'S SIGNATURE: [signature]
19b. ATTENDANT AT BIRTH: M.D. [X] D.O. [ ] MIDWIFE [ ] OTHER [ ]
19c. ATTENDANT'S ADDRESS: Houston, Texas — Jefferson Davis Hospital
19d. DATE SIGNED: 11-30-70

20a. REGISTRAR'S FILE NO.: 3D482
20b. DATE REC'D BY LOCAL REGISTRAR: DEC. 9, 1970
20c. REGISTRAR'S SIGNATURE: [signature]

4026135

STATE OF TEXAS
COUNTY OF HARRIS ) ss

CERTIFIED COPY OF VITAL RECORDS

DATE ISSUED AUG 0 7 2001

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

R. W. Hanks [signature]
R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
LAMINATION MAY VOID CERTIFICATE.

MIDWEST BANK NOTE COMPANY

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Affidavit of Familiarity with Birth Certificate

I, Michelle Deon Lee, being duly sworn, depose and say:

1. I am over the age of 18 years and competent to make this affidavit.
2. My residential address is 16480 Fairway Dr., Commerce City, CO 80022.
3. I am the person named in the birth certificate for Michelle Deon Lee, born on November 30, 1970.
4. I have reviewed the original birth certificate for Michelle Deon Lee dated November 30, 1970, and I recognize the document as the authentic birth record for me.
5. To the best of my knowledge, the information on the birth certificate, including my name and date of birth November 30, 1970, is true and correct.
6. I make this affidavit for the purpose of confirming my identity and the authenticity of the said birth certificate and for any other lawful purpose it may serve.

Subscribed and sworn to before me this 9 day of March, 2026

Signature: [signature]

MichelleDeon. Lee

Printed name: Michelle Deon . Lee

Address: 16480 Fairway Dr.

City/State/ZIP: Commerce City, CO 80022

Notary Public

State of Colorado

County of Adams

Notary printed name: Karina Garcia

My commission expires: December 12th, 2026

(Seal)

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

[signature]

State of Colorado County of Adams
I, MICHELLE DEON LEE, being first duly sworn, declare under penalty of perjury as follows:

1. I am an individual of lawful age and competent to make this affidavit. My full legal name is MICHELLE DEON LEE and I reside at 16480 Fairway dr.Commerce City Co 80022.
2. I make this affidavit in a special appearance only for the limited purpose of asserting my status and rights related to the Named Trust in this matter and to give formal notice to the court and all parties of the positions and requests stated herein.
3. I hereby appear in special appearance and assert that I am the beneficial equitable title holder with respect to the Named Trust referenced in the related proceedings MICHELLE DEON LEE (the "Trust").
4. I further give Notice to this Court and to all parties that I file this instrument as my Bill of Complaint in Equity, and that I appear solely in the capacity of a person who is at the age of majority.
5. I demand that the Court recognize and record my status as beneficial equitable title holder for purposes of the Trust accounting, settlement of trust affairs, and any equitable relief appropriate under applicable law.
6. I direct the Trustee and the Court to fulfill all fiduciary obligations to settle and render a full accounting of the Trust's assets, liabilities, receipts, disbursements and any related transactions, as required by law and equity, and as demanded in my Bill of Complaint in Equity.
7. I assert my rights of subrogation, insofar as they may apply, and reserve all rights, remedies, claims and defenses available to me at law or in equity.
8. I request that the Clerk of Court enter this affidavit into the record and that the Court take such notices and orders as may be necessary to protect and enforce the equitable interests asserted herein.
9. I make this affidavit to provide formal notice and to preserve my claims and rights and not for any improper purpose.

Executed on this 9 day of March, 20 at [city], [state]. Adams Colorado
Signature: [signature]
Michelle D, Lee
Printed Name: MICHELLE DEON LEE
Sworn to and subscribed before me this 9th day of March, 20.26
Notary Public: [signature]
My commission expires: December 12th, 2026

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026