FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
26 MAR -9 PM 12: 18

# NOTICE OF APPEARANCE OF BENEFICIARY REPRESENTATIVE FOR MINOR

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Case number: 26-CV-408-RTG

Please take notice that the undersigned, Michelle D. Lee, hereby enters an appearance in the above-captioned matter as the representative of MICHELLE DEON LEE a minor/infant, who is an interested beneficiary in this action.

I am the Beneficiary of this estate pursuant to C.F.R 363.6 I am no longer a ward of the state I am entering the court as the beneficiary.

Article III clause 2 paragraph 1

16480 Fairway Dr. Commerce City Co. 80022
Mailing Address:
Telephone: 303-483-9822
Email: mlee.yourrightsmatter@gmail.com
Dated: 3-9-26
Respectfully submitted, Michelle D Lee
/s/ [Signature]