COLORADO _United State Distric_ COURT
_____ County, Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2b MAR 30 AM 9: 59

Michelle D. Lee )
)  Case No.: _26 : CV-00408 P TC_
v.

Adams et al

)

MOTION TO SHOW CAUSE AND REQUEST FOR CONTINUANCE _To Extend 30 day_
ON GROUNDS OF MEDICAL LEAVE (HEAD TRAUMA)  _Amendment_

NOW COMES, MICHELLE DEON LEE, the  in the above-captioned matter, pro se / by counsel (select one), and respectfully requests that this Court issue an Order requiring [opposing party] to show cause and grant a continuance of all deadlines, hearings, and trial settings in this matter until June 30, 2026. In support, [Your Name] states as follows:

1. Medical Condition and Need for Continuance.
   1 On or about March 5,2026 I sustained head trauma, diagnosed concussion and I am under the care of Dr..
   2. My treating physician has advised medical leave and restrictions on activities requiring prolonged concentration, travel, and participation in court proceedings. These restrictions materially impair my ability to prepare for and participate in hearings, confer with counsel, review records, and assist in my defense/claim.
   2.I anticipate needing medical leave and relief from litigation duties through at least June 30, 2026. Attached as Exhibit

2. Legal Basis .1 Good cause exists to grant a continuance due to medical incapacity. See C.R.C.P. 6(b) (court may extend time for good cause) and the Court's inherent authority to manage its docket.

3. Relief Requested WHEREFORE, Michelle D. Lee respectfully requests that the Court: a. Issue an Order to Show Cause requiring [opposing party] to appear and show cause, if any, why the requested continuance should not be granted;
   b. Continue all hearings, trial dates, deadlines, and scheduling order dates in this matter to the first available date on or after June 30, 2026; and
   c. Grant any further relief the Court deems just and proper.

Dated: [date] _3/30/26_
Respectfully submitted,

My FAMLI+          BE2UQBO-C

Page 1 of 4

## Medical Certification
## Serious Health Condition

Claimant Filing For Self



**COLORADO**
**Family and Medical Leave**
**Insurance Program (FAMLI)**
Department of Labor and Employment

P.O. Box 2330 Denver CO 80202-3600

This form is required when you intend to take FAMLI leave for your own serious health condition. A serious health condition is defined as an illness, injury, impairment, pregnancy, recovery from childbirth, or physical or mental condition that involves inpatient care in a hospital, hospice, residential medical care facility, or involves continuing treatment by a health care provider. Designated Representatives must also fill out this form on behalf of the person they are filing for.

Bring this printed form to your (or the claimant's) health care provider authorized to certify your condition (or the condition of the patient applying for Family and Medical leave Insurance (FAMLI) benefits). A health care provider is defined as any person licensed, certified, or registered under federal or Colorado law to provide medical or emergency services, including, but not limited to, physicians, doctors, nurses, emergency room personnel, and midwives.

All fields with an asterisk (*) must be filled in or claim processing may be delayed.

**Claimant:** Michelle Lee   **DOB:** 11/30/1970   **Claim ID:** ALGXYNQ8M-3

## Claimant/Patient Information

Claimant's first name:* Michelle

Claimant's last name:* Lee

Claimant's date of birth:* 11/30/1970

The remaining sections must be completed by the health care provider.

**IMPORTANT:** Do not modify the requested information on the form. Changes to the form after completion are not allowed; the health care provider must complete a new form.

**Claimant:** Michelle Lee   **DOB:** 11/30/1970   **Claim ID:** ALGXYNQ8M-3

## Pregnancy Claim Information

Is this a pregnancy-related claim?* (Yes / (No))

Is there a pregnancy or childbirth complication?* (Yes / (No))
*(C-section deliveries are not always considered a pregnancy or childbirth complication. Further explanation is required to substantiate the complication. Use the following page to describe the condition.)*

Delivery date/due date/approximate date of pregnancy loss (if applicable):

## Claimant/Patient Medical Information

Was this a workplace related injury or illness?* (Yes / (No))

Does this patient require time away from work due to their condition? ((Yes)/ No)

Primary ICD-10-CM code:*    R45.9
*(The Primary ICD-10-CM code should be specific to this period of time, not for the overarching illness.)*

Primary ICD-10-CM code description:*    Depressed Mood

Secondary ICD-10-CM code (if applicable):    Z85.43

Secondary ICD-10-CM code description (if applicable): Hx of ovarian Cancer

Briefly summarize the serious health condition **AND** why it requires time away from work:*

Michelle is an entrepreneur and business stress has been high. She has fallen behind on health management and needs time away from work to get caught up.

**Claimant:** Michelle Lee   **DOB:** 11/30/1970   **Claim ID:** ALGXYNQ8M-3

Claimant/Patient Leave Information

Provide the start and end dates for this claimant's leave based on their serious health condition/ICD-10-CM code(s). Leave claims cannot exceed 6 months.

Leave start date: 4/1/26          Leave end date: 6/30/26

Type of Leave

- **Continuous leave** - A single period of uninterrupted leave, including any time for treatment(s) and/or recovery.

- **Intermittent leave** - Intermittent (periodic) leave taken in separate blocks of time for the same serious health condition (e.g. episodic flare-ups).

- **Reduced leave** - Takes the same amount of time off work each day/week to work fewer hours than their regular work schedule.

Select Patient's leave type: (Continuous leave / Intermittent leave / Reduced leave)

**IMPORTANT:** Only one leave type can be selected per claim.

Do not use fractions or the number "0" when entering the number of hours. Please avoid using date or number ranges. Only one set of parameters is allowed per claim. If the patient's condition changes gradually or incrementally over time, the claimant must submit separate claims for each period during which the parameters of their condition change or vary.

If requesting Intermittent leave (Only fill in one of the blank spaces)

**Absence parameters:**

The patient may be incapacitated and unable to work up to a maximum of _____ hours per week **OR** _____ hours per 30-day period for the entire claim duration indicated by the leave dates.

If requesting Reduced leave

**Work parameters:**

The patient is unable to work a typical work schedule. The patient may work a maximum of _____ hours per week for the entire claim duration indicated by the leave dates.

**Claimant:** Michelle Lee   **DOB:** 11/30/1970   **Claim ID:** ALGXYNQ8M-3

## Health Care Provider's Information and Signature

I declare under penalty of perjury that the information provided in this form is true and correct, that the patient's condition meets the definition of "serious health condition" (defined on first page of this form), and that I am a health care provider (defined on first page of this form) authorized to certify their condition.

Provider's first name:* Kelly

Provider's last name:* Montoya

State license number:* APN. 0992239     License state:* CO

NPI number: 1396105433

*(Required if practicing outside of Colorado)*

Type of practice/medical specialty:* IM

Practice name:* Advanced Internal Medicine

Practice address:* 4600 E 9th Ave Suite 300

Phone number:* 303 329 8998     Email address (optional):

Signature:*     Today's date:* 12/4/25

PO Box 2330 Denver CO 80202
Phone 1-866-CO-FAMLI (1-866-263-2654) | famli.colorado.gov