# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00408-RTG

MICHELLE D. LEE,

     Plaintiff,

v.

ADAMS COUNTY,
DENVER COUNTY,
ARAPAHOE COUNTY,
JUDGE PRISCILLA J. LOEW,
KIMBERLY H. TYSON,
ALISON L. BERRY,
APRIL WINECKI,
ABBEY DREHER,
HEALTH L. DEERE,
AMANDA K. ASHLEY,
BRADLEY ARANT BOULT CUMMINGS,
ROBERT GREGORY BUSCH,
TOM. H. CONNOLLY,
MICHAEL WESTBERG,
PAUL D. LOPEZ,
GARVIN GREGORY,
ALEXANDER L. VILLIGARAN,
THE GALLERY AT REUNION HOS,
SECOND CREEK HOA / SECOND CREEK FARM METROPOLITAN DISTRICT NO. 2,
MASTER HOMEOWNER ASSOCIATION (HOA),
KALAMATA CAPITAL REPRESENTATIVES,
DIVISION OF FAMILY AND MEDICAL LEAVE INSURANCE, DENVER COUNTY, and
SOUTH ADAMS WATER AND SANITATION,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

     Plaintiff's motion requesting an extension time to file an amended complaint (ECF No. 10) is **granted** as follows. Plaintiff shall have up to and including **May 4, 2026**, to file an amended complaint as directed in the Court's March 3, 2026 Order to File Amended Complaint (ECF No. 7).

Dated:  April 2, 2026