IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00408-RTG

MICHELLE D. LEE,

     Plaintiff,

v.

ADAMS COUNTY,
DENVER COUNTY,
ARAPAHOE COUNTY,
JUDGE PRISCILLA J. LOEW,
KIMBERLY H. TYSON,
ALISON L. BERRY,
APRIL WINECKI,
ABBEY DREHER,
HEALTH L. DEERE,
AMANDA K. ASHLEY,
BRADLEY ARANT BOULT CUMMINGS,
ROBERT GREGORY BUSCH,
TOM. H. CONNOLLY,
MICHAEL WESTBERG,
PAUL D. LOPEZ,
GARVIN GREGORY,
ALEXANDER L. VILLIGARAN,
THE GALLERY AT REUNION HOS,
SECOND CREEK HOA / SECOND CREEK FARM METROPOLITAN DISTRICT NO. 2,
MASTER HOMEOWNER ASSOCIATION (HOA),
KALAMATA CAPITAL REPRESENTATIVES,
DIVISION OF FAMILY AND MEDICAL LEAVE INSURANCE, DENVER COUNTY, and
SOUTH ADAMS WATER AND SANITATION,

     Defendants.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

     Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned

magistrate judge.

      DATED: May 12, 2026

---